IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-675-FDW-DCK

| CHRISTOPHER H. BROWN, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) filed by Fred B. Monroe, concerning Michelle L. Kopnski, on December 19, 2022. Michelle L. Kopnski seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **GRANTED**. Michelle L. Kopnski is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: December 20, 2022

David C. Keesler
United States Magistrate Judge