| | |
|---|---|
| CHRISTOPHER H. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Fred B. Monroe, concerning Ralph Minto, Jr., on March 7, 2023. Ralph Minto, Jr. seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Ralph Minto, Jr. is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: March 7, 2023

David C. Keesler
United States Magistrate Judge